UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEN CLINE, on behalf of himself
and others similarly situated,

    Plaintiff,

v.                                              Case No. 3:22-cv-262-BJD-MCR

TRANSAMERICA AGENCY
NETWORK, LLC, a Florida
company,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Doc. 21; Stipulation) filed on August 31, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of September, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record